UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUANITA CELIA GARCIA, | ) | No. CV 13-6864 JFW (FFM) |
|       Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEBORAH K. JOHNSON, Warden, | ) ) | |
|       Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Neither Petitioner nor Respondent has filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Claim Five of the Second Amended Petition is dismissed with prejudice as untimely.

DATED: July 13, 2016

                                                    JOHN F. WALTER
                                           United States District Judge